STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ALAN YEDWAB, DEFENDANT-PETITIONER.

See same case below: 43 *N. J. Super.* 367.

*Mr. Samuel Rosenfeld* for the petitioner.

*Mr. Charles S. Joelson* and *Mr. Archibald Kreiger* for the respondent.

March 18, 1957. Denied.